■ In the Matter of CHARLES GORDON, Petitioner, v STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [995 NYS2d 533]—Proceeding pursuant to

CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.